1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CORBIN JAMES KENNEDY,

                     Plaintiff,

     v.

FRESNO COUNTY SHERIFF, et al.,

                   Defendants.

Case No. 1:20-cv-00536-EPG (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO SCREENING ORDER

(ECF No. 10)

17  Corbin James Kennedy ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis*

18 in this civil rights action filed pursuant to 42 U.S.C. § 1983.

19  On August 14, 2020, Plaintiff filed a prisoner civil rights complaint form.  (ECF No. 10).

20 However, it does not appear that Plaintiff is attempting to file an amended complaint.  Instead, it

21 appears that Plaintiff is requesting an extension of time to respond to the screening order.  On the

22 form, Plaintiff states that "the additional information you are requesting requires an extension of

23 time to complete."  (ECF No. 10, p. 2).  In the section for Plaintiff to state the relief he is

24 requesting, Plaintiff states "[r]equesting additional time needed to prepare case."  (Id. at 5).

25 Accordingly, the Court will treat the filing as a motion for extension of time to respond to the

26 screening order.

27  The Court finds good cause to grant Plaintiff's motion.

28  Accordingly, IT IS HEREBY ORDERED that Plaintiff has forty-five days from the date of

1    service of this order to respond to the Court's screening order (ECF No. 9).  If Plaintiff needs a

2    further extension of this deadline he should file a motion for extension of time.

3

4    IT IS SO ORDERED.

5      Dated:    **August 17, 2020**            /s/ *Erica P. Grosjean*

6                                       UNITED STATES MAGISTRATE JUDGE